# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL CHRUPALYK,<br>　　　　　　　*Petitioner,*<br><br>　　v.<br><br>KEVIN KAUFFMAN, *et al.*,<br>　　　　　　　*Respondents.* | CIVIL ACTION<br>NO. 19-0047 |

## ORDER

**AND NOW**, this 22nd day of February 2022, upon consideration of Russell Chrupalyk's Motion to Reopen Judgment Pursuant to Federal Rule of Civil Procedure 60(b) (ECF 41) and Respondents' Response (ECF 44) and consistent with the accompanying memorandum of law, it is **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.